United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 16, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-20539
Summary Calendar

BRIAN DAVID LEE GILSON,

Plaintiff-Appellant,

VERSUS

SHELBY LEE WEATHERFORD, III; KELLY WEATHERFORD,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas, Houston

(H-03-CV-220)

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

For the reasons stated by the district court in its Amended Memorandum and Order entered on May 1, 2003, we affirm the Amended Final Judgment entered simultaneously therewith.  AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.